UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL FIORITO,
        Petitioner,

vs.

THE UNITED STATES INSPECTOR GENERAL, et al.,
        Respondent.

CIVIL ACTION FILE

NO. 1:25-CV-01082-JPB

## AMENDED JUDGMENT

This petition for a writ of habeas corpus having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration, and the petition having been considered and the court having rendered its opinion, it is

**Ordered and adjudged** that the petition for a writ of habeas corpus be, and the same hereby is, **denied** and **dismissed**.

Dated at Atlanta, Georgia, this 2nd day of July, 2025.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                              By:  s/G. Ward_____
                                       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 2, 2025
Kevin P. Weimer
Clerk of Court

By:  s/G. Ward_____
       Deputy Clerk